460 A.2d 751

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**William T. TURNER, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 27, 1983.

Decided May 27, 1983.

Joseph C. Santaguida, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Carolyn Alden, Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Judgments of sentence affirmed.